SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>       Plaintiff,<br><br>   vs.<br><br>Juan A. Miranda , et al,<br><br>       Defendants | Case No. **2:07-cv-02470-WBS-JFM**<br><br>**PLAINTIFF'S REQUEST AND ~~PROPOSED~~ ORDER RE REQUEST FOR CONTINUANCE OF PRETRIAL CONFERENCE**<br><br>Pretrial Conference: September 21, 2009<br>Time: 2:00 pm<br>Courtroom: 5 |

     Plaintiff, Scott N. Johnson, hereby requests a continuance in which to conduct the pretrial conference currently set for September 21, 2009 at 2pm to October 19, 2009.  Plaintiff filed a Request for Entry of Default against Defendant, Paulette A. Reismann, and will be filing a Motion for Default Judgment no later than September 25,

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF PRETRIAL

CONFERENCE

CIV: S-07-cv-02470-WBS-JFM - 1

2009.   Plaintiff  filed  a  stipulated  dismissal  as  to Defendant, Juan A. Miranda, on September 21, 2009.

Dated:   September 21, 2009      /s/Scott N. Johnson _____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the the pretrial conference in this action is continued to October 19, 2009 at 2:00 p.m.

                                Date:   September 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE