SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Miranda, et al<br><br>          Defendants | Case No.**2:07-cv-02470-WBS-JFM**<br><br>**PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>Pretrial Conference:<br>November 2, 2009<br>Time: 2:00 pm<br>Courtroom: 5<br><br>Trial Date: November 17, 2009<br>Time: 9:00 am<br>Courtroom: 5 |

     Plaintiff, Scott N. Johnson, hereby requests a continuance in which to conduct the pretrial conference currently set for November 2, 2009. Plaintiff filed a Request for Entry of Default against Defendant, Paulette A. Reismann, who is the only remaining Defendant. Plaintiff

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF PRETRIAL

CONFERENCE AND TRIAL DATE

CIV: 2:07-cv-02470-WBS-JFM - 1

filed a stipulated dismissal as to Defendant, Juan A. Miranda, on September 21, 2009. Plaintiff is requesting a continuance of the Pretrial and Trial dates pending the outcome of the November 12, 2009 Motion for Default Hearing.

Dated: October 28, 2009         /s/Scott N. Johnson ____

                                Scott N. Johnson,

                                Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the Pretrial Conference continued to **January 11, 2010 at 2:00 p.m.** and Court Trial date continued to **March 16, 2010 at 9:00 a.m.**

                        Date:  November 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF PRETRIAL

CONFERENCE AND TRIAL DATE

CIV: 2:07-cv-02470-WBS-JFM - 2